Stephanie R. Tatar (237792)
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorney for Plaintiff Jeffrey A. Drumm*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. DRUMM | Civil Action No.   8:16-cv-1840 |
| Plaintiff, | |
| v. | **COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT** |
| EXPERIAN INFORMATION SOLUTIONS, INC. | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

## I.

### PRELIMINARY STATEMENT

1.      This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended*.

## II.

### JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises under 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331 and 1337.

1

COMPLAINT AND JURY DEMAND

3.      Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

**III.**

**PARTIES**

4.      Plaintiff Jeffrey A. Drumm is an adult individual who resides in Arizona.

5.      Defendant Experian Information Solutions, Inc. is a business entity that regularly conducts business in the Central District of California, and which has its headquarters and principal place of business located at 475 Anton Boulevard, Costa Mesa, California 92626.

**IV.**

**FACTUAL ALLEGATIONS**

6.      Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information") from at least September 2016 through the present.

7.      The inaccurate information includes, but is not limited to, Navy Federal Credit Union, Nissan-Infiniti LT, USAA Federal Savings Bank, Wells Fargo Card Services, and other personal information.

8.      The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness.  The inaccurate information consists of accounts and/or tradelines that do not belong to the Plaintiff, and that actually belong to another consumer.  Due to Defendant's faulty procedures, Defendant mixed the credit file of Plaintiff and that of another consumer with respect to the inaccurate information and other personal identifying information.

9.      Defendant has been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports

2

COMPLAINT AND JURY DEMAND

1   that it has disseminated to various persons and credit grantors, both known and

2   unknown.  Defendant has repeatedly published and disseminated consumer reports

3   to such third parties from at least September 2016 through the present.

4        10.   Plaintiff's credit reports and file have been obtained from Defendant

5   and have been reviewed by prospective and existing credit grantors and extenders

6   of credit, and the inaccurate information has been a substantial factor in

7   precluding Plaintiff from receiving credit offers and opportunities, known and

8   unknown.  Plaintiff's credit reports have been obtained from Defendant by such

9   third parties from at least September 2016 through the present.

10        11.   As a result of Defendant's conduct, Plaintiff has suffered actual

11   damages in the form of credit denial or loss of credit opportunity, credit

12   defamation and emotional distress, including anxiety, frustration, embarrassment

13   and humiliation.

14        12.   At all times pertinent hereto, Defendant was acting by and through its

15   agents, servants and/or employees who were acting within the course and scope of

16   their agency or employment, and under the direct supervision and control of the

17   Defendant herein.

18        13.   At all times pertinent hereto, the conduct of the Defendant, as well as

19   that of its agents, servants and/or employees, was malicious, intentional, willful,

20   reckless, and in grossly negligent disregard for federal and state laws and the

21   rights of the Plaintiff herein.

22   **V.**

23   **CLAIM FOR RELIEF**

24   *Violation of FCRA*

25        14.   Plaintiff incorporates the foregoing paragraphs as though the same

26   were set forth at length herein.

27

3

COMPLAINT AND JURY DEMAND

1       15.   At all times pertinent hereto, Defendant was a "person" and

2   "consumer reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b)

3   and (f).

4       16.   At all times pertinent hereto, the Plaintiff was a "consumer" as that

5   term is defined by 15 U.S.C. § 1681a(c).

6       17.   At all times pertinent hereto, the above-mentioned credit reports were

7   "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

8       18.   Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is

9   liable to the Plaintiff for willfully and negligently failing to comply with the

10  requirements imposed on a consumer reporting agency of information pursuant to

11  15 U.S.C. § 1681e(b).

12      19.   The conduct of Defendant was a direct and proximate cause, as well

13  as a substantial factor, in bringing about the serious injuries, actual damages and

14  harm to the Plaintiff that are outlined more fully above and, as a result, Defendant

15  is liable to the Plaintiff for the full amount of statutory, actual and punitive

16  damages, along with the attorneys' fees and the costs of litigation, as well as such

17  further relief, as may be permitted by law.

18  **VI.**

19  **JURY TRIAL DEMAND**

20      20.   Plaintiff demands trial by jury on all issues.

**VII.**

21

22  **PRAYER FOR RELIEF**

23

24      WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages

25  against the Defendant, based on the following requested relief:

26      (a)   Actual damages;

27      (b)   Statutory damages;

4

COMPLAINT AND JURY DEMAND

1                (c)    Punitive damages;

2                (d)    Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§

3  1681n and 1681o; and

4                (e)    Such other and further relief as may be necessary, just and

5  proper.

6

7

Dated:  October 4, 2016                    Respectfully submitted,

8

9

10

11

12

13

Stephanie R. Tatar
Tatar Law Firm, APC
3500 West Olive Avenue
Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

14

15

16

17

18

19

20

21

22

23

24

25

26

27

5

COMPLAINT AND JURY DEMAND