1  Katherine A. Neben (State Bar No. 263099)
   kneben@JonesDay.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Attorneys for Defendant
   Experian Information Solutions, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11

| | |
|---|---|
| 12  JEFFREY A. DRUMM | Case No. 8:16-cv-01840-JVS-JCG |
| 13         Plaintiff, | Assigned for all purposes to: Judge James V. Selna |
| 14     v. | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SETTLEMENT** |
| 15  EXPERIAN INFORMATION SOLUTIONS, INC. | |
| 16 | |
| 17         Defendant. | Complaint filed:  October 5, 2016 |

18

19       PLEASE TAKE NOTICE that Plaintiff Jeffrey A. Drumm and Defendant

20  Experian Information Solutions, Inc. ("Experian") have reached an agreement on

21  all material terms required to settle all of Plaintiff's claims against Experian

22  pending in this action.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal with prejudice of the claims asserted against Experian.

Dated: September 6, 2017                    JONES DAY

By: */s/ Katherine A. Neben*
     Katherine A. Neben

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Katherine A. Neben, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On September 6, 2017, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SETTLEMENT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Stephanie R. Tatar
Tatar Law Firm APC
3500 West Olive Avenue, Suite 300
Burbank, CA  91505
T:  (323) 744-1146
F:  (888) 778-5695
Email:  Stephanie@TheTatarLawFirm.com
*Attorneys for Plaintiff*

Executed on September 6, 2017, at Irvine, California.

*/s/ Katherine A. Neben*
Katherine A. Neben